**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0807-18T4

IN THE MATTER OF THE
PETITION OF THE TOWN
OF KEARNY FOR HOST
COMMUNITY BENEFITS
FROM NEW JERSEY SPORTS
AND EXPOSITION AUTHORITY,
PERMITTEE UNDER SOLID
WASTE FACILITY PERMIT
NO. LOP070001.

_____

Submitted March 11, 2020 – Decided May 14, 2020

Before Judges Koblitz and Gooden Brown.

On appeal from the New Jersey Department of Environmental Protection, Division of Solid and Hazardous Waste, Docket No. HC2016-001.

Castano Quigley, LLC, attorneys for appellant Town of Kearny (Gregory Joseph Castano Jr., on the briefs).

Lowenstein Sandler LLP, attorneys for respondent New Jersey Sports and Exposition Authority (James Stewart and Leah D. Smith, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondent Department of Environmental Protection (Melissa H. Raksa, Assistant Attorney General, of

counsel; Nicolas G. Seminoff, Deputy Attorney General, on the brief).

PER CURIAM

We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION